***UNITED STATES DISTRICT COURT***
**SOUTHERN DISTRICT OF CALIFORNIA**

**United States of America**

**v.**

**Alfredo Ponce-Flores**

Citizen of Mexico

USM#: 73978-208 DOB: 1970

# JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed on or After November 1, 1987)

**No. 08-15088-001M-SD**

Matthew Johnson (AFPD)
Attorney for Defendant

ICE#: A76 730 520

**THE DEFENDANT ENTERED A PLEA OF** guilty on 1/14/2008 to Count TWO of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count TWO of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of FORTY-FIVE (45) DAYS on Count TWO, with credit for time served.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted **FINE:** $ **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count TWO of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

Date of Imposition of Sentence: **Monday, January 14, 2008**

______________________________ Date 1/14/2008
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:______________________________

Defendant delivered on ___________ to ______________________ at ________________________, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

______________________________ By:______________________________
United States Marshal Deputy Marshal

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

MAGISTRATE JUDGE'S MINUTES

DATE: 1/14/2008 CASE NUMBER: 08-15088-001M-SD

**PLEA/SENTENCING MINUTES**

USA vs. Alfredo Ponce-Flores

U.S. MAGISTRATE JUDGE: JAY R. IRWIN Judge #: 70BK

U.S. Attorney ______ INTERPRETER REQ'D Marcia Resler
LANGUAGE: Spanish

Attorney for Defendant Matthew Johnson (AFPD)

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY

DOA 1/11/08 ☒ Complaint Filed ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken ☒ No Financial Afdvt taken ☐ Financial Afdvt sealed
☒ Initial Appearance

**DETENTION HEARING:** ☐ Held ☐ Cont'd ☐ Reset ☐ UA
Set for: before:

☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel) ☐ Bail set at $______
☐ Defendant continued detained pending trial ☐ Flight Risk ☐ Danger

**PLEA HEARING:** ☒ Held ☐ Cont'd ☐ Reset
Set for: before:

☐ Consent to be tried by a Magistrate Judge signed ☐ Class A Misd ☐ Class B Misd ☐ Class C Misd
☐ Consent of Defendant ☐ Information filed ______ ☐ Complaint filed ______
☒ Defendant sworn and examined by the Court ☒ Plea of Guilty ☐ Not Guilty ☒ Entered to Counts TWO
☐ Defendant states true name to be ____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) TWO of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because ______
☐ PSI ORDERED ☐ EXPEDITED ☒ PSI waived ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before ______
☒ To be dismissed upon entry of the judgment, Ct(s) ONE
☒ ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence ☒ remanded to USM

SENTENCING:

☒ Defendant committed to Bureau of Prisons for a period of 45 DAYS ☐ Probation/Supervised Release for ______
☒ Special Assessment $ REMITTED ☐ Fine $______ ☐ Restitution $______

Other: ______

RECORDED: CS
BY: Angela J. Tuohy, Deputy Clerk

01/11

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Alfredo PONCE-Flores
Citizen of Mexico
YOB: 1970
A76 730 520
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 08-15088M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

COUNT I

That on or about February 19, 2007, Defendant Alfredo PONCE-Flores was arrested and removed from the United States to Mexico through the port of Calexico, California, in pursuance of law, and thereafter on or about January 11, 2008, Defendant was found in the United States near Andrade, California within the Southern District of California, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

COUNT II

That on or about January 11, 2008, within the Southern District of California, Defendant Alfredo PONCE-Flores, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof. ☒ Yes ☐ No

Mario Guerrero
Signature of Complainant
Mario Guerrero
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

January 14, 2008 at Yuma, Arizona
Date City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer

Signature of Judicial Officer

Defendant: Alfredo PONCE-Flores

**IMMIGRATION HISTORY:** The Defendant was last removed through Calexico, California on February 19, 2007. **The Defendant has been apprehended (11) eleven times by the Border Patrol.**

**CRIMINAL HISTORY:**

| **DATE/LOCATION** | | **OFFENSE** | **DISPOSITION** |
|---|---|---|---|
| 03/17/97 | Visalia, CA | Unlawful sex w/ minor | Unknown |
| 06/08/01 | Visalia, CA | Forgery | 60 days jail |
| 05/04/04 | Bakersfield, CA | Charge 1: Use of false citizenship/ECT doc; Charge 2: Perjury; Charge 3: Personating/Make others liable; Charge 4: Possession of Drivers License/ Identification to commit forgery; Charge 5: Disobey Court Order; Charge 6: Drive License SUS/ECT DUI/Refuse test; Charge 7: Battery; Charge 8: Bench Warrant: Failure to appear MISD Charge-Assault on Public Officer | Turned over to other jurisdiction; No record on file |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on January 11, 2008.

Charges: 8 USC§1326 (Felony)
8 USC§1325 (Misdemeanor)

Signature of Complainant

Sworn to before me and subscribed in my presence,

January 14, 2008

Date

Signature of Judicial Officer

## *Probable Cause Statement*

*I, Senior Patrol Agent Mario Guerrero, declare under penalty of perjury, the following is true and correct:*

STATEMENT OF FACTUAL BASIS

Defendant: Alfredo PONCE-Flores

**IMMIGRATION HISTORY:** The Defendant was last removed through Calexico, California on February 19, 2007. **The Defendant has been apprehended (11) eleven times by the Border Patrol.**

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| 03/17/97 | Visalia, CA | Unlawful sex w/ minor | Unknown |
| 06/08/01 | Visalia, CA | Forgery | 60 days jail |
| 05/04/04 | Bakersfield, CA | Charge 1: Use of false citizenship/ECT doc; Charge 2: Perjury; Charge 3: Personating/Make others liable; Charge 4: Possession of Drivers License/ Identification to commit forgery; Charge 5: Disobey Court Order; Charge 6: Drive License SUS/ECT DUI/Refuse test; Charge 7: Battery; Charge 8: Bench Warrant: Failure to appear MISD Charge-Assault on Public Officer | Turned over to other jurisdiction; No record on file |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on January 11, 2008

*Executed on: Date* January 12, 2008 *Time:* 11:50 AM

*Signed:* [signature] *Senior Patrol Agent*

***Finding of Probable Cause***

*On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of two page(s), I find probable cause to believe that the defendant(s) named therein committed the offense on January 11, 2008 in violation of Title 8, United States Code, Section(s) 1326 and 1325.*

*Finding made on: Date* December 12, 2008 *Time* 4:34pm

*Signed:* ______________________ *United States Magistrate Judge*